by local units of government. It does not apply to licenses issued by the state treasurer.

It is considered that "Class B" retail liquor licenses issued to clubs as defined in sec. 176.01 (8), Stats., must be computed in determining the total number of licenses which may be issued under the provisions of sec. 176.05 (21).

*By the Court.*—Judgment reversed, and cause remanded with instructions to enter judgment enjoining defendant from selling, dealing, or trafficking in intoxicating liquor, as demanded in the complaint.

RECTOR, J., took no part.

STATE EX REL. MARTIN, Attorney General, Appellant, vs. WILLARD and another, Respondents.

*March 14—April 29, 1946.*

For the appellant there were briefs by the *Attorney General, James Ward Rector,* deputy attorney general, *W. E. Torkelson,* assistant attorney general, and *J. Norman Basten,* district attorney of Brown county, and oral argument by *Mr. Rector.*

*G. F. Clifford* of Green Bay, for the respondents.

A brief was filed by *Paul E. Jorgensen* of Racine, attorney for the Tavern League of Wisconsin, Inc., as *amicus curiæ.*

A brief was also filed by *Clarence Simon,* district attorney of Taylor county, as *amicus curiæ.*

BARLOW, J. This case was argued and submitted with the case of *State ex rel. Martin v. Barrett, ante,* p. 621, 22 N. W. (2d) 663, decided herewith, and is ruled by the decision therein.

*By the Court.*—Judgment reversed, and cause remanded with instructions to enter judgment enjoining defendants from selling, dealing, or trafficking in intoxicating liquor, as demanded in the complaint.

RECTOR, J., took no part.

STATE EX REL. MARTIN, Attorney General, Appellant, vs. NICKOLAI and another, Respondents.

*March 14—April 29, 1946.*

For the appellant there were briefs by the *Attorney General, James Ward Rector,* deputy attorney general, *W. E. Torkelson,* assistant attorney general, and *J. Norman Basten,* district attorney of Brown county, and oral argument by *Mr. Rector.*

*G. F. Clifford* of Green Bay, for the respondents.

A brief was filed by *Paul E. Jorgensen* of Racine, attorney for the Tavern League of Wisconsin, Inc., as *amicus curiæ.*

A brief was also filed by *Clarence Simon,* district attorney of Taylor county, as *amicus curiæ.*

BARLOW, J.   This case was argued and submitted with the case of *State ex rel. Martin v. Barrett, ante,* p. 621, 22 N. W. (2d) 663, decided herewith, and is ruled by the decision therein.

*By the Court.*—Judgment reversed, and cause remanded with instructions to enter judgment enjoining defendants from selling, dealing, or trafficking in intoxicating liquor, as demanded in the complaint.

RECTOR, J., took no part.